# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:18CR152 |
| vs. | |
| JASIVE ZAMORA-CARRILLO, | **ORDER** |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Review Pretrial Detention ([Filing No. 95](#)). The defendant requested that Pretrial Services investigate a third-party custodian. The Court was informed by pretrial that the defendant has a violation of probation pending in Iowa and a bond has been set. The Court requested verification that either the violation was dismissed, or the defendant has posted bond. As of today's date, the Court has received no confirmation that the violation was dismissed or that bond has been posted. Therefore, Defendant's Motion to Review Pretrial Detention ([Filing No. 95](#)) is hereby denied without prejudice.

Dated this 25th day of July, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge